UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHMUEL LOWENBEIN,

        Plaintiff,

v.

PENTAGROUP FINANCIAL, LLC,

        Defendant.

No. 1:12-cv-03923-ERK-MDG

**STIPULATION OF DISMISSAL**

The Plaintiff and the Defendant, by and through the undersigned, hereby stipulate that the above-entitled action shall be dismissed with prejudice to Plaintiff on his complaint and without costs and/or attorneys fees to any party.

Date June /  /2013

THE PLAINTIFF, SHMUEL LOWENBEIN

By: _____

Adam J. Fishbein, Esq.

    Adam J. Fishbein, P.C.

    483 Chestnut St.

    Cedarhurst, NY 11516

    Tel 516-791-4400

    E-mail: fishbeinadamj@gmail.com

THE DEFENDANT, PENTAGROUP FINANCIAL

By ___/s/___

Jonathan D. Elliot

    Zeldes, Needle & Cooper, P.C

    1000 Lafayette Blvd., Suite 500

    Bridgeport, CT 06604

    Tel: 203-333-9441

    Email: jelliot@znclaw.com

So ORDERED:

_____
U.S.D.J.