UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHMUEL LOWENBEIN, :
:
Plaintiff, :
:
v. : No. 1:12-cv-03923-ERK-MDG
:
PENTAGROUP FINANCIAL, LLC, : **STIPULATION OF DISMISSAL**
:
Defendant. :
:

The Plaintiff and the Defendant, by and through the undersigned, hereby stipulate that the above-entitled action shall be dismissed with prejudice to Plaintiff on his complaint and without costs and/or attorneys fees to any party.

Date June 1/2013

THE PLAINTIFF SHMUEL LOWENBEIN

By: /s/

Adam J. Fishbein, Esq.

Adam J. Fishbein, P.C.

483 Chestnut St.

Cedarhurst, NY 11516

Tel 516-791-4400

E-mail: fishbeinadamj@gmail.com

THE DEFENDANT, PENTAGROUP FINANCIAL

By /s/

Jonathan D. Elliot

Zeldes, Needle & Cooper, P.C

1000 Lafayette Blvd., Suite 500

Bridgeport, CT 06604

Tel: 203-333-9441

Email: jelliot@znclaw.com

So ORDERED:

/s/ Judge Edward R. Korman

U.S.D.J.
6/19/13